No. 55.  HECTOR H. ELWELL *v.* UNITED STATES ET AL. Appeal from the District Court of the United States for the Northern District of Illinois.  Submitted October 5, 1923.  Decided October 15, 1923.  *Per Curiam.*  Dismissed for the want of jurisdiction upon the authority of *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 583; *Piedmont Power & Light Co.* v. *Graham,* 253 U. S. 193, 195.  *Mr. Roy D. Keehn* for appellant.  *Mr. Charles C. Case* was also on the brief. *Mr. Solicitor General Beck, Mr. Assistant Attorney Gen-*

*eral Riter* and *Mr. LeRoy L. Hight,* Special Assistant to the Attorney General, for appellees. *Mr. R. S. Collins* was also on the brief.

No. 61. ANNIE VIOLA DOUGLAS *v.* J. W. RHODES. Appeal from the District Court of the United States for the Eastern District of Arkansas. Argued October 10, 1923. Decided October 15, 1923. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of *Farrell v. O'Brien,* 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 583; *Piedmont Power & Light Co.* v. *Graham,* 253 U. S. 193, 195. *Mr. Patrick H. Loughran* for appellant. *Mr. J. A. Tellier,* with whom *Mr. Zal Harrison, Mr. T. W. Davis, Mr. S. C. Costen, Mr. Joe Rhodes, Jr.,* and *Mr. D. F. Taylor* were on the brief, for appellee.